UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVALDO LENCI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 19-cv-06526-TSH<br><br>**ORDER TO SHOW CAUSE** |

On May 5, 2020, the Court dismissed Plaintiff Ivaldo Lenci's complaint with leave to amend by June 2, 2020. ECF No. 23. The Court warned Lenci that this action would likely be dismissed if he failed to file an amended complaint by the deadline. As Lenci has not filed an amended complaint or otherwise responded, the Court **ORDERS** him to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court deadlines. Lenci shall file a declaration by June 29, 2020. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Lenci does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge